1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDRE L. REVIS,                          No. 1:18-cv-01695-DAD-EPG (PC)

12                  Plaintiff,

13        v.                                  ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
14   STU SHERMAN, et al.,                     ACTION WITH PREJUDICE

15                  Defendants.               (Doc. No. 14)

16

17

18        Plaintiff Andre Revis is a state prisoner appearing *pro se* and *in forma pauperis* in this

19   civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

20   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On January 16, 2020, the assigned magistrate judge issued findings and recommendations,

22   recommending that plaintiff's first amended complaint ("FAC") (Doc. No. 13) be dismissed due

23   to plaintiff's failure to state a cognizable claim for relief.  (Doc. No. 14.)  The findings and

24   recommendations were served on plaintiff and contained notice that any objections thereto were

25   to be filed within twenty-one (21) days after service.  (*Id.* at 11.)  On February 12, 2020, after

26   receiving an extension of time to file his objections, plaintiff filed objections.  (Doc. No. 18.)

27        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

28   *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's

                                              1

objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

As has been the case with plaintiff's FAC and the original complaint that preceded it, his objections are difficult to decipher.  Moreover, even those portions of plaintiff's thirty-eight page objections that are discernable, do not meaningfully dispute the magistrate judge's findings that: (1) the FAC violates Rule 8 of the Federal Rules of Civil Procedure, in that it lists twenty Rules Violations Reports that are allegedly subject to challenge, names forty-five individuals as defendants without any explanation as to what claims are asserted against each named defendant; and (2) of the claims that the magistrate judge was able to discern by liberally construing plaintiff's FAC in light of is *pro se* status, the FAC fails to state a cognizable claims for a violation of plaintiff's due process rights, retaliation or unlawful search and/or seizure.  (Doc. No. 14 at 5–11.)  Plaintiff was previously warned that his initial complaint was difficult to decipher, was provided the relevant legal standards governing the claims it appeared he might be attempting to assert, and was granted leaved to amend.  (*See* Doc. No. 10.)  Nonetheless, the FAC suffers from the same defects, as do plaintiff's objections.  Those objections do not provide any basis to question the conclusion reached in the pending findings and recommendations.

Accordingly,

1.    The January 16, 2020 findings and recommendations (Doc. No. 14) are adopted;

2.    This action is dismissed due to plaintiff's failure to state a cognizable claim for relief; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 24, 2020**                                  _____
                                                                UNITED STATES DISTRICT JUDGE